# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THE ESTATE OF LUCILLE ANN WALAHOSKI, by and through, THOMAS D. WALAHOSKI, SPECIAL ADMINISTRATOR for the heirs and next-of-kin,** <br><br> Plaintiff, <br><br> vs. <br><br> **THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY f/k/a GOOD SAMARITAN SOCIETY - WOOD RIVER,** <br><br> Defendant. | **4:20CV3026** <br><br> **ORDER TO SHOW CAUSE** |

On March 4, 2020, the Office of the Clerk sent a letter (Filing No. 3) to attorney Joseph Brent Jones directing him to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of April 6, 2020, the above attorney has not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **April 21, 2020**, Joseph Brent Jones shall either comply with the requests set forth in the letter from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 6th day of April, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge